2.                                                                       F-1  pg 1 of 6

Hereby U.S. Mail;       Judiciary Commission of
Directed To:            Judicial Conduct for The
                        State of Texas
                        Post Office Box 12265
                        Austin, Texas
                                     78711

I, Milton R. Hinson, on This 27th day of April, 2021, am contacting This judiciary division, in re, needing (2) copies of any and all forms used thereat The filing process forthwith This entity.

Service of Process:     Legal Mail D202
                        Milton R. Hinson
                        910 S. 27th St.
                        Abilene, Texas
                                     79602

F-1

ABILENE TX 796
24 APR 2021 PM 2 T

3.
1.

Legal Mail 0202
221. Hon R. Hinson
940 S. 29th St.
Abilene, Texas
79602

Recieved by
APR 27 2021
state commission of
Judicial Conduct

Judiciary Commission of
Judicial Misconduct for the
State of Texas
Post Office Box 12265
Austin, Texas 78711

4.    F-1 pg 3 of 6

# Information Sheet

The State Commission on Judicial Conduct is an independent judicial agency created and authorized under the Texas Constitution to investigate and prosecute allegations of judicial misconduct or disability filed against Texas judges. A judge commits judicial misconduct if he or she is found to have willfully or persistently violated one or more of the mandatory provisions found in the Texas Code of Judicial Conduct. A judge may also be disciplined for incompetence or for engaging in willful or persistent conduct that casts public discredit on the judiciary or on the proper administration of justice. In egregious cases of misconduct or disability, a judge may be suspended or removed from office.

The Commission has jurisdiction over all Texas judges, including appellate, district, associate, magistrate, constitutional county, statutory county and probate, justice of the peace and municipal court judges. Retired or former judges who consent to sit by assignment are also subject to Commission jurisdiction. Although all judicial candidates are required to comply with the Texas Code of Judicial Conduct, the Commission, cannot investigate or discipline a candidate who is not a judge at the time the alleged misconduct is said to have occurred. There is no statute of limitations barring the Commission from investigating or sanctioning a judge, even after he or she has left the bench, for misconduct that occurred during his or her term in office.

**The Commission has no authority over federal judges, mediators, arbitrators, or administrative hearing officers.**

The Commission has a 13-member board of judges, citizens, and attorneys appointed by the Supreme Court, the Governor, and the State Bar of Texas respectively. They are all volunteers, who serve six-year staggered terms. Many of the members are required by law to be from different areas of the state. The Commission meets approximately six times per year and disposes of approximately 1,000 cases or more every year. All complaints are reviewed, analyzed, investigated as appropriate, and presented to the Commission at a regularly scheduled meeting for its consideration and disposition.

**Commission meetings are not open to the public, nor are they subject to state open meetings laws.**

The Commission receives and processes thousands of writings each year, approximately 1,100 of which are opened and assigned a case number. Complaints sent by fax or email are not accepted, nor will oral complaints be taken over the telephone. The Commission has the authority to accept anonymous complaints as well as complaints from confidential sources. In some instances, reports from the media may lead to an investigation and disciplinary action against a judge.

Some complaints can be resolved more quickly than others. On average, most cases will be presented to the Commission within 4 to 6 months of filing. Depending on the number and complexity of issues presented, as well as the level of cooperation from witnesses and the respondent judge, some cases may take as much as 12 months or longer to resolve.

**The Commission is not an appellate court. It cannot change or overturn the decision of any judge, remove a judge from presiding over a case, award relief or damages, issue fines, represent litigants, or give legal advice.**

Revised: January 2008

5.                                                                F-1  pg 4 of 6

## Memorandum In Error

I. The victim aggrieved Milton R. Hinson, do on this 30th day of April 2021 under the maximum penalties of perjury allowed by authority and hereby this legally binding document filed with the Judiciary Commission, memorandum in error that is directly traceable to the unlawful cause of TCSOP being in full direct fault and in direct violation of illegally impeding access to a Legal Library, of which, is, inter alia, mandated by innumerable laws, required for all legal processes of all courts in all time periods that one is deprived of life, liberty, and properties while in the confinement of any jail, hospital, or similar imprisonments and is a requirement for the Admissible filing with any official or his designee, any commission, political subdivision, or other administrative agency, and the Higher Courts Thereof.

# State Commission on Judicial Conduct
PO Box 12265
Austin, TX 78711-2265
Tel. (512) 463-5533 · Toll Free: (877) 228-5750

## Complaint Form

- If you are filing a complaint about more than one judge, please use a separate form for each judge.
- You may complete this form online before printing.
- Send the completed form and any additional pages or related documents to SCJC.

For SCJC use only.

* Indicates required fields.      Please note that faxed complaints will NOT be accepted.

*Your name: 1. Milton R. Hinson
*Mailing Address: 910 S. 27th St.
*City, State Zip: Abilene, Texas 79602
*Date of Birth: Irrelevant
Your Phones: Day ( ___ ) irrelevant
Cell/Other ( ___ ) irrelevant

*Judge: Contact Clerk Tammy Robinson
*Court Number: Contact Clerk Tammy Robinson
*City and County: Taylor County, Texas
Evening ( ___ ) Contact Clerk Tammy Robinson
Best time to call you: 10-4   [X] A.M. [X] P.M.

If your complaint involves a court case, please provide the following information: [X] Pre-Trial
Cause Number: 15598-P        Status of your case: [X] Pending  [ ] Concluded  [ ] On appeal
Your attorney: irrelevant to your     Opposing Attorney: Contact Clerk Tammy R.
Address: no relevancy                  Address: 300 Oak St.
City/Zip: no relevancy                 City/Zip: Abilene, Texas
Phone Number(s): no relevancy          Phone Number(s): See-Directory

PLEASE FILL IN ALL INFORMATION AVAILABLE FOR ANY WITNESSES (attach additional pages as needed)
Name: Documentary Evidence          Name: Documentary Evidence
Address: ~~~~                       Address: ~~~~
Phone Number(s): ~~~~               Phone Number(s): ~~~~
What did this person witness?       What did this person witness?

**If you are submitting documents, please provide copies, not originals.**

*I understand that as part of the Commission's investigation the judge may be provided a copy of this complaint. Please note - the Commission will do its best to maintain your confidentiality, **if you so request**. However, it may not be possible for us to pursue our investigation without revealing your identity at some point. If it is necessary to reveal your identity directly to the judge, we will advise you before proceeding.*

*I request that my identity be kept confidential.  [ ] Yes   [X] No

*Signature: Milton R. Hinson      *Date: April 29, 2021

How did you hear about the State Commission on Judicial Conduct? (*please select one*)  [ ] State Bar of Texas
[ ] Another State agency   [ ] News media   [ ] Attorney   [ ] Friend   [X] Other: irrelevant

Revised 07/13/2009

Case 1:21-cv-00564-LY-ML   Document 1-2   Filed 06/23/21   Page 7 of 17

7.    Details of Complaint    F-1 pg. 6 of 6

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

*Date(s) of Alleged Misconduct of Judge: _April 23, 2021_

*Factual Details of your complaint against Judge:

See- MOTION AND ORDER FOR EXTENSION Document I.D No. REF-ACB-100-AAA, Pages 1of8 - 8of8 attached to this document and all contents thereof, in re, Pre-Indictment Phase Judicial Misconduct in the Legal Matters of (See- Legal Library and or Law Library).
Substantive Law; See- Legal Library
Adjective Law; See- Legal Library

WHEREFORE, This (15) page document of documentary evidence is presented to this Judiciary Division that does act on behalf of the State of Texas on this 29th day of April, 2021, to act in accordance with all statutes, Texas Codes of Judicial Conduct, and legalities applicable therein the duties of the Judiciary Body for the State of Texas, in re, Judicial Misconduct directly traceable to the cause of judgements contrary to the requirements of law and liabilities thereof.

• No phase or Pre-Phase of Court is legal following thereafter either party is unlawfully impeded "By The Court" of mandated legalities therein that phase or pre-phase. (See- Page 15 of this document)

*Printed Name: _Milton R. Hinson_
*Signature: _Milton R. Hinson_                *Date: _April 29, 2021_

Revised 07/13/2009

8.                                            F-1  Page 1 of 8

FOR THE STATE OF TEXAS, COUNTY OF TAYLOR


Case No.            : Appendix I.A.
Document I.D. No.   : AEF-ACB-100-AAA
Procedural Code     : Appendix I.B.
Defendant           : Milton R. Hinson
Service of Process  : Milton R. Hinson
                      910 S. 27th St.
                      Abilene, Texas
                              79602


Judge Presiding     : Appendix I.C.



Clerk of Court      : _____
                      FILED: _____

9.                                                    F-1 Page 2 of 8

## MOTION AND ORDER FOR EXTENSION

NOW INTO COURT, on this 14th day of April 2021 comes the defendant, Milton R. Hinson, appearing personally, who does move, in re, Order for Extension. FOR THE PURPOSE OF CORRECTIONS in the legal matters accrued thereby reiterating obstinate flagrant unlawful errors and unlawful faults illegally encompassing, inter alia, both substantive law and adjective law that is a resulting factor unlawfully intervening in matters that are in direct relevance to being deprived of life, liberty, and property thereunder non-accordance with prisoners rights, and further unlawfully impeding functions of the defense, unlawfully obstructing the defense, and retarding the defense, thereof, done by parties other than the defendant, of which, due to being imprisoned, the Defendant had little or no control of, including but not limited to the forthcoming

10.                                                     F-1  Page 3 of 8

innumerated unlawful particulars filed hereby this document and now existing on the face of the record legal defects and procedural defects that do, in fact, show cause, and are provided by the defendant and shown below henceforth herein this document

① Whence, An Honorable State Librarian of Law provided legal informations, of which, being the contents of Certified Mail "Stolen by TCSOP staff". (See- Unlawful Interference with U.S. Mail  U.S.C.S. § Appendix III.A.        )(See- Obstruction of Process)

② Taylor County Courthouse Legal Library (See- Public Law Library) serving to provide material not applicable to the defense or necessitous to the defense (See- Bias Wanton Negligence)       (See- Obstruction of Process)

③ Taylor County Sheriff who has undertaken responsibility and obligation to provide a legal library, mandated by law to provide a legal library, is paid by the state to provide a legal library, is the

11.                                                    F-1 Page 4 of 8

party at liable fault for any and all forseeable risk, in re, inter alia, personal losses, injury, and legal injury that would have been prevented had there existed the legal library, of which is a requirement to legally sustain any hearings, any legal judgements rendered, and illegal prosecution thereunder. Appendix IV.A. and to be in accordance with Appendix IV.B. in the time periods precedent to any and all hearings, and in the present any and all pending legal matters (See-Liability)(See-Liable)(See-Primary Liability Ties)

FURTHERMORE, shall this motion be denied it would, in fact, according to the laws that govern, be a fault liability accrissing thereof the being unlawfully denied a legal library as prescribed by law.

## APPENDIX

<u>I.A.</u> According to Taylor county courthouse documents provided to the defendant The Case No. is and I do quote "Unindicted".

<u>I.B.</u> This is not a legally facilitating jurisdiction and this jurisdiction does not have a legal library. I will not be held criminally liable for Taylor County Sheriff, Ricky Bishops Official Undertaken Liabilities. (See - Gross Negligence)

<u>I.C.</u> This has not been provided to me (name of judge presiding) however, that is not a negligence of the defendant.

<u>III.A.</u> Appendix III.A. cannot be provided without the use of a legal library. (See - Law Library)

<u>IV.A.</u> Legal Library required for this appendix.

<u>IV.B.</u> Legal Library required for this appendix.

13.                                    F-1  Page 6 of 8

I, the movant, Milton R. Hinson, on this 14th day of April, 20 21, do hereby this document, under the maximum penalties of perjury allowed by authority attest that all contents provided by the movant thereby this tited motion tited with the Court to be, in praesenti, in relevancy to the foregoing days following in time thereafter a Febuary 4, 2021 "Miranda Hearing" to be fully true and correct.

Mark       |  _____
Signature  |  Milton R. Hinson

## ORDER

WHEREFORE, The pleading filed shall be sustained correcting The illegal innumerable causes shown within The contents of foregoing legalities of This attached motion herein This attached motion; It is hereby Order of This Honorable Court:

☐ Motion Granted for ___ day Extension.

☐ Motion Granted for ___ day Extension and defendant be shipped to Jones County and held in a legally functioning facility.

☐ The Defendant, Milton R. Hinson, be released pending Internal Affairs Investigation into These legally binding matters.

FURTHERMORE, It is Order That The defendant be Ordered To remain in The jurisdiction Thereof The investigation for The length of That Internal Investigation of unlawful police conduct by obstruction

15.                           F-1 Page 8 of 8

☐ Taylor County Sheriff Ricky Bishop provide Rebuttal Evidence

☐ In Re, points of law case dismissed

**ORDER TO BE SERVED UNDER SEAL; HEREBY U.S. MAIL**

Taylor County Sheriff: Ricky Bishop
Service of Process: Adult Detention Center
910 S. 27th St.
Abilene, Texas
79602

Movant's
Service of Process: Milton R. Hinson
910 S. 25th St.
Abilene, Texas
79602


Signed on This ____ day of _____ 20 ___

_____
Honorable Judge Presiding

## NOLO LAW, 16th EDITION, CHAPTER 27, pg. 583

### Access To Legal Materials

Judges have acknowledged that Legal Rights may be meaningless, unless the accussed has full ability to enforce them. Inmates therefore have a "Right of Access" to the courts. To comply with this, Federal, State, and Local Prison Officials must provide pre-trial inmates with either an adequately stocked jail legal library or help from a paralegal. Prisons must also provide supplies necessary to file court documents.

Nolo Law, 16th Edition, The crim. law handbook, Chapter 27, Prison Rules, Page 583.

17.                                                                F-1 Grievance

Hereby U.S. Mail       The Judiciary Division for
Filed With &           The State of Texas
Against!               P.O. Box 12265
                       Austin, Texas
                                    78711

In Response To: The unlawful derelict response shown by This Judiciary Division and state actor, in re, The April 29, 2021 filing of judicial misconduct by form I, S.O.# 124924, on This 18th day of May 2021, do hereby file grievance against The judiciary division, in re, Wanton Negligence, Breach of Duty, and Negligence Per se, in re, "When The Commission Recieves Information Concerning A Threat To The Safety Of A Defendant, Person, Or Persons" arcissing Therefrom filed reported Judicial Misconduct Ex Delicto.